# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2015

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)  Teel, Jr., Samuel M. | 2. Court or Organization  U.S. Bankr. Ct. D.D.C. | 3. Date of Report  04/01/2017 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)  U.S. Bankruptcy Judge | 5a. Report Type (check appropriate type)  ☐ Nomination  Date  ☐ Initial  ☑ Annual  ☐ Final  5b. ☑ Amended Report | 6. Reporting Period  01/01/2015  to  12/31/2015 |

**7. Chambers or Office Address**

United States Courthouse
333 Constitution Ave., N.W.
Washington, DC 20001

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ **NONE** *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ **NONE** *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Teel, Jr., Samuel M. | 04/01/2017 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2015 | Salary from U.S. Department of State |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | National Conference of Bankruptcy Judges | 09/26/2015 - 09/30/2015 | Miami, FLA | Benefits Committee meeting and attend NCBJ Annual Meeting | Transportation, hotel, meals. |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Teel, Jr., Samuel M. | 04/01/2017 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Teel, Jr., Samuel M. | 04/01/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Stocks are common unless marked preferred. L.P. means | | | | | | | | | |
| 2. limited partnership. | | | | | | | | | |
| 3. | | | | | | | | | |
| 4. BROKERAGE ACCOUNT #1B | | | | | | | | | |
| 5. Schwab Govt Money Fund and cash swept therein | | None | N | T | | | | | |
| 6. Abbott Labs Inc (ABT) | A | Dividend | K | T | | | | | |
| 7. Accenture PLC CL A | A | Dividend | K | T | | | | | |
| 8. Air Products & Chemicals | | None | K | T | Buy | 10/23/15 | J | | |
| 9. | | | | | Buy (add'l) | 12/22/15 | J | | |
| 10. Alphabet Inc. (New Name for Google Inc. CL A VTG) | | None | K | T | | | | | |
| 11. Ametek Inc. New (AME) | A | Dividend | J | T | Sold (part) | 05/04/15 | J | C | |
| 12. Amgen Inc. | A | Dividend | K | T | | | | | |
| 13. Amphenol Corp Class A | A | Dividend | K | T | | | | | |
| 14. ANSYS INC (ANSS) | | None | K | T | | | | | |
| 15. Apple Computer (AAPL) | A | Dividend | K | T | Sold (part) | 03/25/15 | J | C | |
| 16. Automatic Data Processing Inc (ADP) | A | Dividend | K | T | | | | | |
| 17. Autozone Inc.(AZO) | | None | K | T | Sold (part) | 08/26/15 | J | C | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Becton Dickinson & Co. | A | Dividend | K | T | | | | | |
| 19. Celegene Corp (CELG) | | None | J | T | Sold (part) | 05/04/15 | J | C | |
| 20. Check Point Software | | None | K | T | Buy | 12/22/15 | K | | |
| 21. Church & Dwight Co. Inc. (CHD) | A | Dividend | K | T | Sold (part) | 05/06/15 | J | C | |
| 22. Comcast | A | Dividend | K | T | | | | | |
| 23. CVS HEALTH CORP | A | Dividend | K | T | Buy | 06/24/15 | K | | |
| 24. Danaher Corp. Del. (DHR) | A | Dividend | K | T | | | | | |
| 25. Davita Corp. | | None | K | T | | | | | |
| 26. Dr. Pepper Snapple Group | A | Dividend | K | T | | | | | |
| 27. Ecolab Inc. (ECL) | A | Dividend | K | T | Sold (part) | 08/25/15 | J | C | |
| 28. Fiserv Inc (FISV) | | None | J | T | | | | | |
| 29. GILEAD SCIENCES INC | A | Dividend | K | T | Buy | 10/23/15 | J | | |
| 30. | | | | | Buy (add'l) | 12/22/15 | J | | |
| 31. Google Inc. CL A VTG Name changed to Alphabet | | | | | | | | | |
| 32. Grainger WW (moved to WW Grainger to jibe with broker's listing) | | | | | | | | | |
| 33. HONEYWELL INTL INC | A | Dividend | K | T | Buy | 06/24/15 | K | | |
| 34. Idexx Labs Inc. (IDXX) | | None | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Teel, Jr., Samuel M. | 04/01/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Intuit (INTU) | A | Dividend | K | T | | | | | |
| 36. McCormick & Co Inc Non-Voting (MKC) | A | Dividend | K | T | | | | | |
| 37. Nextera Energy Inc (NKE) | A | Dividend | | | Sold (part) | 03/25/15 | J | B | |
| 38. | | | | | Sold | 05/06/15 | J | C | |
| 39. METTLER TOLEDO INTL | | None | K | T | Buy | 10/23/15 | K | | |
| 40. Nike Inc. Class B Common (NKE) | A | Dividend | K | T | | | | | |
| 41. Novartis AG Spon ADR | A | Dividend | K | T | | | | | |
| 42. Novo Nordisk ADR (NVO) | A | Dividend | K | T | Sold (part) | 03/25/15 | J | D | |
| 43. PPG Industries Inc. | A | Dividend | K | T | | | | | |
| 44. Praxair Inc. (PX) | A | Dividend | J | T | Sold (part) | 08/24/15 | J | C | |
| 45. Public Storage Inc.(PSA) (appears under "Other Assets" on broker st't) | A | Dividend | J | T | | | | | |
| 46. --Capital gain distribution | A | Distribution | | | | | | | mettler |
| 47. Roper Inds. Inc. New (ROP) (carried by broker as Roper Technologies) | A | Dividend | K | T | | | | | |
| 48. | | | | | | | | | |
| 49. RPM INTERNATIONAL | A | Dividend | K | T | Buy | 02/13/15 | K | | |
| 50. | | | | | Buy (add'l) | 12/22/15 | J | | |
| 51. Schein Henry Inc. (Moved Henry Schein here) (HSIC) | | None | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Teel, Jr., Samuel M. | 04/01/2017 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Sigma Aldrich Corp. (SIAL) | A | Dividend | | | Sold (part) | 11/18/15 | J | D | |
| 53. | | | | | Sold | 11/18/15 | K | E | |
| 54. SNAP ON INC | A | Dividend | K | T | Buy | 06/04/15 | J | | |
| 55. | | | | | Buy (add'l) | 12/22/15 | J | | |
| 56. Starbucks Corp. | A | Dividend | K | T | | | | | |
| 57. Stericycle Inc. (SRCL) | | None | K | T | | | | | |
| 58. Thermo Fisher Scientific Inc. (TMO) | A | Dividend | K | T | | | | | |
| 59. Toro Co (TTC) | A | Dividend | K | T | | | | | |
| 60. Toronto Dominion Bk Ont. (TD) | A | Dividend | | | Sold (part) | 07/14/15 | J | | No gain. |
| 61. | | | | | Sold | 07/14/15 | J | A | |
| 62. Trimble Nav. Ltd. (TRMB) | | None | | | Sold (part) | 05/04/15 | J | A | |
| 63. | | | | | Sold | 05/04/15 | J | B | |
| 64. United Technologies Corp. (UXT) | A | Dividend | J | T | Sold (part) | 05/04/15 | J | A | |
| 65. | | | | | Sold (part) | 08/24/15 | J | B | |
| 66. VF Corp. | A | Dividend | K | T | | | | | |
| 67. W W Grainger Inc. (GWW) (moved from Grainger WW to jibe with broker's | A | Dividend | J | T | Sold (part) | 03/25/15 | J | A | |
| 68. statement's listing) | | | | | Sold (part) | 10/23/15 | J | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Teel, Jr., Samuel M. | 04/01/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. COLORADO SPRINGS CO UTIL 4.75% DUE 11-15-25 | C | Interest | L | T | | | | | |
| 70. El Paso Co., Colorado Sch. Dist. Rev. 5% due 12/15/16 | B | Interest | L | T | | | | | |
| 71. Northside IDS 5.25% due 08/15/19 | C | Interest | L | T | | | | | |
| 72. Pa. St. Tpk. due 06/01/2020 (mislisted last yr. as due 09/01/22) | C | Interest | L | T | | | | | |
| 73. PENNSYLVANIA ST 5% due 06/01/24 | B | Interest | L | T | Buy | 06/19/15 | L | | |
| 74. PittsburghPA SCD Ref Ser D 5% due 09-01-22 mislisted last year as due | B | Interest | K | T | | | | | |
| 75. 06-01-20 | | | | | | | | | |
| 76. Port Olympia, Washington 5.5% due 12/01/16 | C | Interest | L | T | | | | | |
| 77. Princeton NJ Regl. Sch. Dist. Rev. dtd 07/03/09 4.000% due | A | Interest | K | T | | | | | |
| 78. 02/01/18 (mislisted last year as due 02/01/08) | | | | | | | | | |
| 79. South Portland ME School Dist. Rev. 05-30-2012 4% 7-15-2021 | B | Interest | L | T | | | | | |
| 80. Washington St. Gen. Oblig. dtd 07/26/2005 5.000% due | A | Interest | | | Redeemed | 11/09/15 | L | | No gain. |
| 81. 07/01/2020 | | | | | | | | | |
| 82. Washington St. Gen. Oblig. 4% due 07/01/20 | D | Interest | L | T | Buy | 03/13/15 | L | | |
| 83. | | | | | | | | | |
| 84. BROKERAGE ACCOUNT NO. 2 | | | | | | | | | |
| 85. Schwab Govt. Money Fund and cash to be swept therein. | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Teel, Jr., Samuel M. | 04/01/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

[ ] NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Abbott Labs Inc | A | Dividend | J | T | | | | | |
| 87. Accenture PLC CL A | A | Dividend | J | T | | | | | |
| 88. AIR PROD & CHEMICALS | | None | J | T | Buy | 10/23/15 | J | | |
| 89. Ametek Inc New (AME) | A | Dividend | J | T | Sold (part) | 05/04/15 | J | A | |
| 90. Amgen | A | Dividend | J | T | | | | | |
| 91. Amphenol Corp New CL A | A | Dividend | J | T | | | | | |
| 92. Apple Computer (AAPL) | A | Dividend | J | T | Sold (part) | 03/25/15 | J | C | |
| 93. Automatic Data Processing Inc | A | Dividend | J | T | Buy (add'l) | 09/11/15 | J | | |
| 94. Celegene Corp | | None | J | T | Sold (part) | 05/04/15 | J | B | |
| 95. | | | | | Sold (part) | 08/24/15 | J | B | |
| 96. Comcast Corp. Class A | A | Dividend | J | T | | | | | |
| 97. DAVITA HEALTHCARE PTNR | | None | J | T | | | | | |
| 98. Ecolab Inc. (ECL) | A | Dividend | J | T | Sold (part) | 08/25/15 | J | C | |
| 99. Express Scripts Hldg | | None | K | T | | | | | |
| 100. Fiserv Inc (FISV) | | None | J | T | Sold (part) | 08/25/15 | J | B | |
| 101. GILEAD SCIENCES INC | A | Dividend | J | T | Buy | 10/23/15 | J | | |
| 102. Grainger WW (moved to WW Grainger to jibe with broker's listing) | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Teel, Jr., Samuel M. | 04/01/2017 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103.  HONEYWELL INTL INC | A | Dividend | J | T | Buy | 06/24/15 | J | | |
| 104.  Idexx Labs Inc. (IDXX) | | None | J | T | | | | | |
| 105.  Intuit (INTU) | A | Dividend | J | T | | | | | |
| 106.  METTLER TOLEDO INTL F | | None | J | T | Buy | 10/23/15 | J | | |
| 107.  Nextera Energy Inc. (NEE) | A | Dividend | | | Sold | 03/25/15 | J | B | |
| 108.  Novartis AG ADR | A | Dividend | J | T | | | | | |
| 109.  Novo Nordisk ADR (NVO) | A | Dividend | J | T | | | | | |
| 110.  Nuance Communications, Inc. (NUAN) | | None | K | T | | | | | |
| 111.  PPG Industries Inc. | A | Dividend | J | T | | | | | |
| 112.  Praxair Inc. (PX) | A | Dividend | J | T | Sold (part) | 08/24/15 | J | | No gain |
| 113.  Public Storage Inc. (PSA) (Broker st't lists under "Other Assets") | A | Dividend | J | T | | | | | |
| 114. | A | Distribution | | | | | | | |
| 115.  Roper Indus. Inc. (ROP) | A | Dividend | K | T | | | | | |
| 116.  RPM INTERNATIONAL | A | Dividend | J | T | Buy | 02/13/15 | J | | |
| 117.  SCHEIN HENRY INC (HSIC) | | None | J | T | | | | | |
| 118.  SNAP ON INC | A | Dividend | J | T | Buy | 06/04/15 | J | | |
| 119.  STARBUCKS CORP | A | Dividend | J | T | Buy | 10/30/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Teel, Jr., Samuel M. | 04/01/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. Stericycle Inc (SRCL) | | None | J | T | | | | | |
| 121. Thermo Fisher (TMO) | A | Dividend | J | T | | | | | |
| 122. Toro Co (TTC) | A | Dividend | J | T | | | | | |
| 123. United Technologies Corp. (UTX) | A | Dividend | J | T | Sold (part) | 05/04/15 | J | B | |
| 124. | | | | | Sold (part) | 08/24/15 | J | B | |
| 125. WP P PLC F (WPPGY) | A | Dividend | J | T | Buy | 06/04/15 | J | | |
| 126. WW Grainger Inc. GWW) (moved from Grainger WW to jibe with broker's | A | Dividend | J | T | Sold (part) | 03/25/15 | J | C | |
| 127. listing of this holding) | | | | | Sold (part) | 10/23/15 | J | B | |
| 128. El Paso County, Colorado Sch. Dist. revenue 5% Due 12/15/16 | B | Interest | K | T | | | | | |
| 129. Maine St. Muni Bond Bank Rev. Bond 5% to 11//01/20 | B | Interest | K | T | | | | | |
| 130. Pa. State 5%16 GO due 11/01/16 | B | Interest | K | T | | | | | |
| 131. Pa. State GO 5.000% due 10/01/22 | B | Interest | K | T | | | | | |
| 132. Va. Commonwealth 5% due 06/01/19 | B | Interest | K | T | | | | | |
| 133. WASHINGTON ST 4% VP DUE 07/01/20 | A | Interest | K | T | Buy | 03/13/15 | K | | |
| 134. | | | | | | | | | |
| 135. MUTUAL FUND HELD WITH MUTUAL FUND CO. DIRECTLY | | | | | | | | | |
| 136. Fidelity Puritan Fund | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Teel, Jr., Samuel M. | 04/01/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. [capital gain distribution] | B | Distribution | | | | | | | |
| 138. | | | | | | | | | |
| 139. BANK ACCOUNTS: | | | | | | | | | |
| 140. Wells Fargo money mkt. Acct. | A | Interest | L | T | | | | | |
| 141. Wells Fargo (Wachovia Bank) checking account | A | Interest | J | T | | | | | |
| 142. State Dept. Fed. Credit Union | A | Interest | L | T | | | | | |
| 143. Justice Dept. FCU | A | Interest | J | T | | | | | |
| 144. | | | | | | | | | |
| 145. INTERESTS AS LIMITED PARTNERS OR AS A RESULT OF SUCH | | | | | | | | | |
| 146. Pioneer Natural Resources Co. (PXD) | | None | | | Donated (part) | | | | |
| 147. (All five donations were gifts made to charities or to | | | | | Donated (part) | | | | |
| 148. non-dependent relatives.) | | | | | Donated (part) | | | | |
| 149. | | | | | Donated (part) | | | | |
| 150. | | | | | Donated | | | | |
| 151. Real Estate Assocs. Ltd. VI L.P. This was an unexpected distribution. | A | Distribution | | | Closed | 03/27/15 | J | A | |
| 152. We had been told partnership closed in 2014. The report for 2014 is | | | | | | | | | |
| 153. hereby amended to reflect a value of J and a value method of W for | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Teel, Jr., Samuel M. | 04/01/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. this investment for year-end 2014, and to reflect that the | | | | | | | | | |
| 155. partnership interest was still in existence in 2014, and not closed | | | | | | | | | |
| 156. in 2014. We are treating it as closed 03/27/15, the date of the final | | | | | | | | | |
| 157. distribution. | | | | | | | | | |
| 158. | | | | | | | | | |
| 159. IRA ACCOUNT NO. 1: | | | | | | | | | |
| 160. --Schwab Govt. Money Fund | | None | J | T | | | | | |
| 161. --Abbott Labs. | A | Dividend | J | T | | | | | |
| 162. --Ametek Inc New | A | Dividend | J | T | Sold (part) | 05/04/15 | J | A | |
| 163. --Amphenol Corp. Class A | A | Dividend | J | T | | | | | |
| 164. --ANSYS INC | | None | J | T | | | | | |
| 165. --Autozone Inc. | | None | J | T | | | | | |
| 166. --Church & Dwight Inc | A | Dividend | J | T | | | | | |
| 167. --Comcast | A | Dividend | J | T | | | | | |
| 168. --Intuit | A | Dividend | J | T | | | | | |
| 169. --Novartis AG ADR | A | Dividend | J | T | | | | | |
| 170. --Stericycle Inc | | None | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 171. --Target Corp bond 3.875% 07/15/2020 | A | Interest | K | T | | | | | |
| 172. --Thermo Fisher Scientific | A | Dividend | J | T | | | | | |
| 173. | | | | | | | | | |
| 174. IRA ACCOUNT NO. 2: | | | | | | | | | |
| 175. --Schwab Govt. Money Fund | | None | J | T | | | | | |
| 176. --Baxter International 5.9% Bond due 09/01/16 | B | Interest | K | T | | | | | |
| 177. --Abbott Labs | A | Dividend | J | T | | | | | |
| 178. --Ametek Inc. New | A | Dividend | J | T | | | | | |
| 179. --Ansys | | None | J | T | | | | | |
| 180. --Autozone Inc. | | None | J | T | | | | | |
| 181. --Church & Dwight | A | Dividend | J | T | | | | | |
| 182. --Comcast | A | Dividend | J | T | | | | | |
| 183. CVS HEALTH CORP | A | Dividend | J | T | Buy | 06/24/15 | J | | |
| 184. --Davita Healthcare Prtners Inc. | | None | J | T | | | | | |
| 185. --Express Scripts Hldg | | None | J | T | | | | | |
| 186. --Fiserv Inc. | | None | J | T | Sold (part) | 08/25/15 | J | A | |
| 187. --GILEAD SCIENCES INC | A | Dividend | J | T | Buy | 10/23/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Teel, Jr., Samuel M. | 04/01/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. --Henry Schein Inc. (HSIC) (now under Schein Henry Inc on statements) | | None | J | T | | | | | |
| 189. --HONEYWELL INTL INC | A | Dividend | J | T | Buy | 06/24/15 | J | | |
| 190. --McCormick & Co. Inc Non Voting | A | Dividend | J | T | | | | | |
| 191. --Nike Inc. Class B | A | Dividend | J | T | | | | | |
| 192. --Novartis AG ADR | A | Dividend | J | T | | | | | |
| 193. --RPM INTERNATIONAL | A | Dividend | J | T | Buy | 02/13/15 | J | | |
| 194. --Starbucks Corp. | A | Dividend | J | T | | | | | |
| 195. --Trimble Nav. Ltd. | | None | | | Sold (part) | 03/25/15 | J | | No gain. |
| 196. | | | | | Sold | 05/04/15 | J | | No gain. |
| 197. --United Technologies | A | Dividend | | | Sold (part) | 05/04/15 | J | A | |
| 198. | | | | | Sold | 08/24/15 | J | A | |
| 199. | | | | | | | | | |
| 200. INSURANCE POLICIES (CASH SURRENDER VALUES): | | | | | | | | | |
| 201. Mass Mutual Life Ins. Co. (S is insured) | B | Dividend | L | T | | | | | |
| 202. Mass. Mutual Life Ins. Co. (I am insured) | B | Dividend | L | T | | | | | |
| 203. General American Life Ins. Co. | | None | K | T | | | | | |
| 204. | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. REAL PROPERTIES: | | | | | | | | | |
| 206. House No. 1 ("O/C") in Chesterfield Co., Va. | D | Rent | M | S | | | | | |
| 207. Assessed at 100% of value, at $183,000 as of 01/01/2016 | | | | | | | | | |
| 208. House, Richmond, Va. Assessed on June 25, 2014 | D | Rent | M | S | | | | | |
| 209. at 100% of value as of 07/01/2014 at $163,000 | | | | | | | | | |
| 210. House, Property No. 2 in Chesterfield Co., Va. | D | Rent | M | S | | | | | |
| 211. Assessed January 1, 2016, at $206,000 at 100% of value | | | | | | | | | |
| 212. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Teel, Jr., Samuel M. | 04/01/2017 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  s/ **Samuel M. Teel, Jr.**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544